381 A.2d 893

Commonwealth v. Davis, Appellant.

Argued September 12, 1977. Mel D. Kardos, Assistant Public Defender, with him Richard R. Fink, Chief Public Defender, for appellant; Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.